THEODORE R CONVERSE, as Receiver of the MINNESOTA THRESHER MANUFACTURING COMPANY, Appellant, *v.* JOHN A. STEWART, Respondent.

*Converse* v. *Stewart.* 117 App. Div. 922 affirmed.
(Argued May 27 1908; decided June 12, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1907, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover an assessment upon corporate stock alleged to be held by the defendant for the purpose of paying debts of the corporation.

*William G. Wilson* for appellant

*Edward W. Sheldon* for respondent.

Judgment affirmed, with costs, on the ground that the proof fails to establish that defendant was a stockholder of the thresher company at the time of its dissolution and of the decree of the Minnesota courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.